IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL CASE NO. 1:13-CR-102(2) |
| § | |
| ROLANDO BARNES § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION ON DEFENDANT'S COMPETENCY TO STAND TRIAL

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration. Judge Giblin conducted a hearing to determine defendant's competency. After considering the examiner's findings, Judge Giblin filed his report and recommendation on defendant's competency to stand trial in which he concluded that the defendant is competent.

The parties have not objected to the magistrate judge's findings and recommendation. The Court **ORDERS** that the report and recommendation on defendant's competency to stand trial [doc. #76] is **ADOPTED.** The Court further **ORDERS** and **FINDS** that, in accordance with the magistrate judge's recommendation, the examiners' report, and the parties' agreement, defendant, Rolando Barnes, is competent to proceed pursuant to Title 18, United States Code, Section 4241. The Court finally **ORDERS** that Speedy Trial time is **EXCLUDED** from January 14, 2014, the date of Judge Giblin's order directing a mental examination [doc. #64], through the date of this order.

So **ORDERED** and **SIGNED** this  3   day of **May, 2014.**

_____
Ron Clark, United States District Judge